JULES SILVER *v.* TERRY E. BARTH ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 20 Conn. App. 827, is denied.

*John R. Williams,* in support of the petition.

*Irving H. Perlmutter,* in opposition.

Decided April 12, 1990

BRETT M. AMENDOLA ET AL. *v.* CHRIS GEREMIA ET AL.

The defendant Keith Goclowski's petition for certification for appeal from the Appellate Court, 21 Conn. App. 35, is denied.

*Matthew E. Frechette,* in support of the petition.

*Robert P. Borquez,* in opposition.

Decided April 12, 1990